JEFFREY H. WOOD
Acting Assistant Attorney General

LUTHER L. HAJEK
BARCLAY T. SAMFORD
United States Department of Justice
Environment and Natural Resources Division
999 18th St., South Terrace, Suite 370
Denver, CO 80202
Tel: (303) 844-1376 / Fax: (303) 844-1350
luke.hajek@usdoj.gov

Attorneys for Defendants

# UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON
## MEDFORD DIVISION

| | |
|---|---|
| **CAHILL RANCHES, INC.**, an Oregon Corporation,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>**BUREAU OF LAND MANAGEMENT**,<br><br>　　　Defendant. | No. 1:17-cv-960-MDC<br><br>**JOINT MOTION TO STAY LITIGATION** |

Joint Mot. to Stay Litig.　　　　　　　　　　　1

1.	Plaintiff, Cahill Ranches, Inc., challenges the action of the Bureau of Land Management ("BLM") and in issuing Land Use Plan Amendments relating to the Greater Sage-Grouse ("Plan Amendments").

2.	On January 20, 2017, the federal government changed administrations. The new administration has developed a process to review the existing sage grouse plans, and on June 7, 2017, the new Secretary of the Interior issued a Secretarial Order, Order No. 3353, which, *inter alia*, directs the BLM to:

(1) review plans and programs that States have in place to ensure that the Federal Sage-Grouse Plans adequately complement state efforts to conserve the species;

(2) examine "issues associated with preventing and fighting the proliferation of invasive grasses and wildland fire, which are leading threats to Sage-Grouse habitat";

(3) examine the "impact on States disproportionately affected by the large percentage of Federal lands within their borders, recognizing that those lands are important to resource use and development, and to the conservation of the Sage-Grouse"; and

(4) review "the 2015 Sage-Grouse Plans and associated policies, including seven BLM Instruction Memoranda (IM) issued in September 2016" to identify "provisions that may require modification or rescission, as appropriate, in order to give appropriate weight to the value of energy and other development of public lands within BLM's overall multiple-use mission . . . , and opportunities to conserve the Sage-Grouse and its habitat without inhibiting job creation and local economic growth." Ex. 1 at Section 4(b).

The Order directs the BLM to provide a report to the Secretary within 60 days providing recommendations regarding additional steps the Department should take to address any issues identified as a result of the review. *Id.* at Section 5(d).

3. On June 14, 2017, Chief of the U.S. Forest Service, Thomas L. Tidwell, issued a letter stating that the Forest Service "will likewise participate in the [U.S. Department of Interior's (DOI)] review and work closely with DOI and appropriate State agencies." Ex. 2.

4. Plaintiff and Defendant agree that the Agencies' review of the challenged Plan Amendments may result in further administrative action that could obviate the need for litigation in this case.

5. To conserve litigant and judicial resources while the Agencies conduct the review of the challenged decisions directed by Secretarial Order 3353 and Chief Tidwell's letter and determine what additional steps should be taken as a result of the review, the Plaintiff and Defendant respectfully request that the Court vacate all current litigation deadlines and stay this case for a period of 90 days.

6. Courts have broad discretion to stay proceedings and to defer judicial review in the interest of justice and efficiency. "[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936), *quoted in Air Line Pilots Ass'n v. Miller*, 523 U.S. 866, 879 n.6 (1998); *CMAX, Inc. v. Hall*, 300 F.2d 265, 268 (9th Cir. 1962); *see also Am. Petroleum Inst. v. EPA*, 683 F.3d 382, 388 (D.C. Cir. 2012) (premature and unnecessary judicial review "would hardly be sound stewardship of judicial resources").

      7.      Upon expiration of the requested stay, the Plaintiff and Defendant will submit a status report advising the Court whether a continued stay is warranted, or if litigation deadlines should be reinstated.  If resumption of the litigation is appropriate, the Parties will submit a proposed scheduling order referenced in D.C. Or.LR 16.1.

      Respectfully submitted this 28th day of July, 2017.

      JEFFREY H. WOOD
      Assistant Attorney General
      Environment and Natural Resources Division

      */s/ Barclay T. Samford*
      BARCLAY T. SAMFORD
      Natural Resources Section
      999 18th Street, South Terrace, Suite 370
      Denver, CO  80202
      Tel.:  (303) 844-1475
      Fax:  (303) 844-1350
      E-mail:  clay.samford@usdoj.gov

      LUTHER L. HAJEK, Trial Attorney
      Natural Resources Section
      999 18th Street, South Terrace, Suite 370
      Denver, CO  80202
      Tel.:  (303) 844-1376
      Fax:  (303) 844-1350
      E-mail:  luke.hajek@usdoj.gov

      *Attorneys for Federal Defendant*

## Certificate of Service

    I hereby certify that on July 28, 2017, I electronically filed the foregoing with the Clerk of Court via the CM/ECF system, which will provide service to counsel for the parties.

<u>/s/ <i>Barclay T Samford</i></u>  
BARCLAY T. SAMFORD  
*Attorney for Federal Defendant*
