Caroline Lobdell, Ore. Bar #021236
Scott W. Horngren, Ore. Bar #880604
Western Resources Legal Center
9220 SW Barbur Blvd., Suite 119-327
Portland, OR 97219
Telephone: (503) 768-8500
Facsimile: (503) 222-3255
Email: clobdell@wrlegal.org
Email: shorngren@wrlegal.org

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

### MEDFORD DIVISION

| | |
|---|---|
| **CAHILL RANCHES, INC.**,<br><br>    Plaintiff,<br><br>    v.<br><br>**BUREAU OF LAND MANAGEMENT**,<br><br>    Defendant,<br><br>    and<br><br>**OREGON NATURAL DESERT ASSOCIATION**,<br><br>    Applicant in Intervention/Defendant. | No. 1:17-cv-960-MDC<br><br>**EIGHTH JOINT STATUS REPORT** |

1. Plaintiff, Cahill Ranches, Inc., challenges the action of the Bureau of Land Management ("BLM") in issuing Land Use Plan Amendments relating to the Greater Sage-Grouse ("Plan Amendments").

2. This case is currently stayed at the joint request of Plaintiff and Defendants to avoid the waste of resources that would be incurred in proceeding with litigation while the Defendant Agency has amended the challenged policies. See ECF Nos. 12, 13, 18, 19, 28, 29, 33, 34, 35, 36, 37, 39, 40, 41, and 42.

3. In support of continuing the stay, Plaintiffs and Defendants note that on March 15, 2019, BLM issued final Resource Management Plan Amendments ("RMPA") and final environmental impact statements (FEIS) for Greater Sage-Grouse Conservation for Oregon, Colorado, Idaho, Utah, Nevada/Northeastern California, and Wyoming. The new RMPA for Oregon supersedes the Plan Amendment challenged in this litigation and may obviate the need for litigation in this case.

4. Plaintiff and Defendants have conferred and request that the Court continue the stay for an additional 30 days so that the parties have an opportunity to determine how to resolve this case.

5. Counsel for Plaintiff was unable to reach counsel for the Proposed Defendant-Intervenor, Oregon Natural Desert Association ("ONDA"), to determine their position on continuation of the stay.

6. Courts have broad discretion to stay proceedings and to defer judicial review in the interest of justice and efficiency. "[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort itself, for counsel, and for litigants." *Landis v. North Am. Co.*, 299 U.S. 248, 254

EIGHTH JOINT STATUS REPORT – Page 2

(1936) (quoted in *Air Line Pilots Ass'n v. Miller*, 523 U.S. 866, 879 n.6 (1998); *CMAX, Inc. v. Hall*, 300 F.2d 265, 268 (9th Cir. 1962)); *see also Am. Petroleum Inst. v. Envtl. Protection Agency*, 683 F.3d 382, 388 (D.C. Cir. 2012) (premature and unnecessary judicial review "would hardly be sound stewardship of judicial resources").

7. Upon expiration of the stay, the Plaintiff and Defendant will submit a status report advising the Court of how they believe this matter should proceed.

Respectfully submitted this 20th day of May, 2019.

/s/ Caroline Lobdell
Caroline Lobdell, Ore. Bar #021236

Western Resources Legal Center
9220 SW Barbur Blvd., Suite 119-327
Portland, OR 97219
Telephone: (503) 768-8500
Facsimile: (503) 222-3255
Email: clobdell@wrlegal.org

EIGHTH JOINT STATUS REPORT – Page 3

## CERTIFICATE OF SERVICE

I, Caroline Lobdell, hereby certify that I, on May 20, 2019, I caused the foregoing **EIGHTH JOINT STATUS REPORT** to be served upon counsel of record through the Court's electronic service system.

Dated this 20th day of May, 2019.

                                         /s/ Caroline Lobdell
                                         Caroline Lobdell