Tate Justesen, OR. Bar #083741
Scott W. Horngren, OR. Bar #880604
Western Resources Legal Center
9220 SW Barbur Blvd., Suite 119-327
Portland, OR 97219
Telephone: (503) 768-8500
Facsimile: (503) 222-3255
Email: tjustesen@wrlegal.org
Email: shorngren@wrlegal.org

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

# MEDFORD DIVISION

| | |
|---|---|
| **CAHILL RANCHES, INC.**, <br><br> Plaintiff, <br><br> v. <br><br> **BUREAU OF LAND MANAGEMENT**, <br><br> Defendant, <br><br> and <br><br> **OREGON NATURAL DESERT ASSOCIATION**, <br><br> Applicant in Intervention/Defendant. | No. 1:17-cv-960-MDC <br><br> **DECLARATION OF SCOTT HORNGREN IN SUPORT OF PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND BILL OF COSTS** |

I, Scott Horngren, do declare and if called as a witness would testify as follows:

1.  I am the lead counsel representing Plaintiff in this case. I am submitting this Declaration in support Plaintiff's Motion for Attorneys' Fees and Costs. I am a staff attorney at Western Resources Legal Center ("WRLC"), a public-interest law center headquartered in Portland, Oregon. Since its inception in 2007, WRLC, as part of its educational mission, has specialized in natural resource issues, particularly in the area of natural resource use on federal public lands, including cases arising under the Administrative Procedures Act, the National Environmental Policy Act, Federal Land Management Practices Act, and other federal and state laws. WRLC represents non-profit organizations, other entities, and individuals in public-interest litigation. WRLC never charges market rates for our services; rather, we handle cases on a no fee (pro bono) basis so that important matters of public concern can be pursued by counsel who have the necessary expertise in complex federal court litigation.

2.  The basis for Plaintiff's recovery of attorneys' fees and costs are detailed in Plaintiff's Motion for Attorney's Fees and Costs, filed concurrently with this Declaration.

3.  Although I served as lead counsel for Plaintiff throughout the entirety of this litigation, lawyers Caroline Lobdell and Shay Scott also expended amounts of time litigating this case.

4.  While working on this case, I served as adjunct faculty and visiting professor at Lewis & Clark Law School, teaching students who were actively engaged and working on this case.

5.  I hereby certify that the Plaintiff in this lawsuit – Cahill Ranches, Inc. – satisfies the requirements for fee recovery established in the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412.

**DECLARATION OF SCOTT HORNGREN IN SUPORT OF PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND COSTS** – Page 2

6. According to WRLC's contemporaneously maintained time records, the following are the minimum amounts of time that WRLC attorneys have spent to successfully litigate the claims for which recovery is being sought:

| | |
|---|---|
| S. Horngren: | $10,946.16 |
| C. Lobdell: | $590.45 |
| S. Scott: | $1,318.50 |
| Clerk (D. Hawkins) | $2,595.00 |
| Costs: | <u>$2,993.37</u> |
| **TOTAL:** | **$18,443.48** |

7. A detailed breakdown of the attorneys' fees and costs being requested in this matter are attached as Exhibit 1 to Plaintiff's Motion for Attorney's Fees and Costs and incorporated herein. The attorneys' fees requested have been calculated using the statutory hourly rate, rather than an enhanced rate. The law clerk fees have been calculated at a reasonable rate of $50 per hour.

8. Counsel for plaintiff has conferred with counsel for defendant regarding the Proposed Order of Dismissal and the Motion for Attorneys' Fees and Costs. Defendant opposes the Proposed Order of Dismissal and the Motion for Attorneys' Fees and Costs. As I understand it, counsel for defendant cannot agree to a Proposed Order of Dismissal because it may allow plaintiff to recover attorneys' fees and costs.

DATED this 18th day of June, 2019.

<u>/s/ Scott Horngren</u><br>
Scott Horngren, OR. Bar #880604<br>
Western Resources Legal Center

**DECLARATION OF SCOTT HORNGREN IN SUPORT OF PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND COSTS** – Page 3

9220 SW Barbur Blvd., Suite 119-327  
Portland, OR 97219  
Telephone: (503) 768-8500  
Fax: (503) 222-3255  
Email: shorngren@wrlegal.org

**DECLARATION OF SCOTT HORNGREN IN SUPORT OF PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND COSTS** – Page 4

## CERTIFICATE OF SERVICE

I, Tate Justesen, hereby certify that I, on June 18, 2019, I caused the foregoing **DECLARATION OF SCOTT HORNGREN IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND COSTS** to be served upon counsel of record through the Court's electronic service system.

Dated this 18th day of June, 2019.

        /s/ Tate Justesen
        Tate Justesen