**ATTORNEY FEES BY HOURS**

| Date | Time | Timekeeper | Description |
|------|------|------------|-------------|
| May 5, 2016 | 0.8 | SWH | Telephone conference with Cahills regarding their problems with the BLM sage grouse plan decision prohibiting grazing on the Rahilly Gravelly allotment Sucker pasture in the Research Natural Area and desire to challenge the decision and possible grounds for challenge under APA, NEPA, TGA, and FLPMA |
| May 5, 2016 | 0.8 | CL | Participate in strategy call with clients regarding filing a complaint to overturn decision to eliminate grazing on major portion of allotment |
| Dec. 5, 2016 | 3.8 | SWH | Review Cahill protest and BLM response and related documents to begin preparation of complaint |
| Dec. 6, 2016 | 7.5 | SWH | Begin drafting complaint.  Review Oregon sage grouse resource management plan amendment as it relates to the RNAs and grazing.  Draft introduction and identity of parties. |
| Dec 7, 2016 | 4.6 | SWH | Continue drafting complaint.  Review BLM responses to FOIA request and incorporate into complaint.  Review allotment EA prepared about a year before the sage grouse plan amendment and review APA cases about reversal of agency position. |
| Dec. 8, 2016 | 6.3 | SWH | Continue revision to complaint including factual background section.  Review and discuss the EA for the allotment that concluded continued grazing is compatible with sage grouse and the reversal of agency position in the sage grouse amendment prohibiting grazing within the allotment. |
| Dec. 13, 2016 | 1.2 | SWH | Review statutes and add statutory background section to complaint |
| Dec. 29, 2016 | 1.8 | SWH | Revise complaint.  Review range health assessments for the Rahilly Gravelly allotment indicating the grazing scheme has met range health standards. |
| Dec. 29, 2016 | 1.6 | SWH | Revise complaint.  Incorporate information from range health assessment. |
| March 16, 2017 | 3.2 | SWH | Continue revisions to the complaint including addition referring to the Oregon state collaborative sage grouse conservation strategy and how, unlike Feds, it did not prevent grazing in RNAs |
| April  3, 2017 | 0.4 | SWH | Further discussions with Cahill about filing complaint and the timing of filing given action in other sage grouse cases. |
| April 6, 2017 | 0.8 | SWH | Review results of NRCS study in the vicinity of the Rahilly-Gravelly Allotment and its application. To Cahill's case. |
| April 26, 2017 | 6.7 | SSS | Review and edit draft complaint especially the claims under Taylor Grazing Act and FLPMA and possible independent APA claim |
| May 3, 2017 | 0.6 | SWH | Review favorable letter from Oregon Department of Fish and Wildlife supporting continued grazing on Rahilly Gravelly allotment and adverse effects on sage grouse that would result from restricting access and grazing and incorporate ODFW position into the complaint |

1

EXHIBIT 1 - p. 1

| May 4, 2017 | 3.2 | SWH | Review information about the Hart Mountain National Antelope Refuge and Sheldon National Wildlife Refuge in the vicinity of the allotment where grazing is already prohibited. Incorporate into the complaint as examples of where they would be better research control areas than the Sucker pasture |
|---|---|---|---|
| May 4, 2017 | 4.5 | SWH | Review the results of the sage grouse habitat juniper removal study which included Cahill as a cooperator and concluded that juniper removal supported perpetuation of sage grouse habitat.  Discuss with Cahill their participation as a control in the study and incorporate into the complaint |
| May 16, 2017 | 0.6 | SWH | Conference call with Cahill and O'Keefe to discuss BLM administration of permit and filing complaint |
| May 16, 2017 | 0.6 | CL | Telephone call with clients to address BLM position on upcoming grazing season given the sage grouse amendment that applies to the Sucker pasture |
| June 15, 2017 | 0.3 | SWH | Prepare corporate disclosure statement. Check Secretary of state website |
| June 19, 2017 | 2.2 | SWH | Final edit to complaint and file.  Review summons |
| June 21, 2017 | 0.5 | SWH | Prepare and file civil cover sheet |
| June 29, 2017 | 0.6 | SWH | Review summons and send to US Atty, Atty General, and defendants |
| July 28, 2017 | 0.3 | SWH | Review joint motion for stay of litigation and respond to Mr. Samford |
| Sept. 28, 2017 | 0.4 | SWH | Conference with Joe Cahill and John O'Keefe regarding comments on draft settlement proposal. Discuss advantages and disadvantages of various settlement options |
| Sept. 28, 2017 | 0.4 | CL | Conference with Joe Cahill and John O'Keefe regarding comments on draft settlement proposal. Discuss advantages and disadvantages of various settlement options |
| Sept. 28, 2017 | 0.6 | SWH | Make edits to settlement proposal to Feds based on suggestions from client |
| Oct. 4, 2017 | 1.9 | SWH | Complete settlement proposal and exhibits and send to Feds |
| Oct. 26, 2017 | 0.5 | SWH | Call with Cahill to discuss upcoming meeting with DOJ and strategy regarding case and possible settlement |
| Oct. 26, 2017 | 0.5 | CL | Phone conference with Cahill regarding meeting that will be with DOJ in DC to discuss cases and resolution of Cahill case. |
| Nov. 6, 2017 | | SWH | 6.0 travel to D.C. No Charge |
| Nov. 7, 2017 | 8.0 | SWH | Meeting with attorneys regarding status of sage grouse litigation cases and strategy for meeting with DOJ and Interior.  Meeting with DOJ and Interior and highlight Cahill concerns.  Return to Portland. |
| Feb. 8, 2018 | 0.7 | CL | Evaluate strategy and whether further stay of litigation is warranted given possible amendments to sage grouse plans |

EXHIBIT 1 - p. 2

| Attorney Fee Hours | | Statutory Rates | Total |
|---|---|---|---|
| TOTAL 2016 | 28.4 | x $192.68 | = $5,472.11 |
| TOTAL 2017 | 36.8 | x $196.79 | = $7,241.87 |
| TOTAL 2018 | 0.7 | x $201.60 | = $141.12 |
| **Hours Subtotal** | **66.9** | | **$12,855.11** |
| **COSTS** | | | |
| **Date** | | **Amount** | **Description** |
| 6/19/2017 | | $1,000.00 | Contract lawyer reimbursement |
| 6/19/2017 | | $26.00 | Copy and PACER fees |
| 6/19/2017 | | $400.00 | Court filing fee |
| 6/19/2017 | | $24.39 | Summons postage (certified) |
| 8/4/2017 | | $21.31 | Summons postage (certified) |
| 11/7/2017 | | $1,521.67 | Travel to DC (flight, hotel and meals) |
| **Costs Subtotal** | | | **$2,993.37** |
| **GRAND TOTAL** | | | **$15,848.48** |

EXHIBIT 1 - p. 3

| Student Name | Date | Cahill -- Character of Work Performed | Hours |
|---|---|---|---|
| D. Hawkins | 10-Feb-2016 | Meeting w/ professor to discuss outline for SJ draft for Rahilly/Gravelly matter. | 0.7 |
| D. Hawkins | 14-Feb-2016 | Analyze secondary sources re: Taylor Grazing Act. | 0.6 |
| D. Hawkins | 14-Feb-2016 | Analyze secondary sources re: APA. | 0.7 |
| D. Hawkins | 14-Feb-2016 | Review and analyze Cahill Protest Letter. | 0.2 |
| D. Hawkins | 14-Feb-2016 | Reasearch and analyze FLPMA. | 0.6 |
| D. Hawkins | 14-Feb-2016 | Draft Outline. | 1.5 |
| D. Hawkins | 20-Feb-2016 | Review and analyze Record of Decision and RMPA. | 0.2 |
| D. Hawkins | 20-Feb-2016 | Review and analyze Record of Decision re: ARMPA. | 1.5 |
| D. Hawkins | 20-Feb-2016 | Review and analyze DOI letter supporting BLM decision. | 0.1 |
| D. Hawkins | 20-Feb-2016 | Review protest letter. | 0.2 |
| D. Hawkins | 20-Feb-2016 | Review ARMPA. | 1.0 |
| D. Hawkins | 20-Feb-2016 | Draft MSJ introduction while referencing and reviewing RMPA, Record of Decision, Protest letter. | 1.8 |
| D. Hawkins | 20-Feb-2016 | Review emails re: Lakeview Sage Grouse Study. | 0.2 |
| D. Hawkins | 24-Feb-2016 | Review and analyze *Western Watersheds Project v. Abbey*, 719 F.3d 1035 for helpful application/interpretation of 43 USC 1732(a). | 0.4 |
| D. Hawkins | 24-Feb-2016 | Research and analysis:  conduct LexisAdvance and Westlaw research for case law supporting argument using 43 USC 1701, 1732, and cases where BLM decision overturned b/c decision not supported by underlying facts. | 3.0 |
| D. Hawkins | 24-Feb-2006 | Research and analysis of legislative history for TGA and FLMPA. | 1.2 |
| D. Hawkins | 24-Feb-2016 | Continue revising MSJ considering comments from professor. | 3.0 |
| D. Hawkins | 25-Feb-2016 | Review MSJ after revisisions and draft additional revisions. | 1.5 |
| D. Hawkins | 25-Feb-2016 | Draft Cahill Decl. | 0.5 |
| D. Hawkins | 26-Feb-2016 | Research and analysis of cases where decision overturned for lack of support by the underlying facts. | 1.0 |
| D. Hawkins | 27-Feb-2016 | Review and draft final revisions to Cahill Decl. and MSJ. | 1.0 |
| D. Hawkins | 27-Feb-2016 | Research and analysis re:  MSJ standard; review EIS Ch. 3 and RMA. | 1.5 |
| D. Hawkins | 27-Feb-2016 | Draft part of first MSJ draft. | 1.5 |

EXHIBIT 1 - p. 4

| D. Hawkins | 28-Feb-2016 | Draft part of first MSJ draft. | 3.2 |
|---|---|---|---|
| D. Hawkins | 5-Mar-2016 | Review and analysis of *Babbit (10th Cir)* in context of Cahill facts (10th Cir.). | 1.2 |
| D. Hawkins | 5-Mar-2016 | Review and analysis of *Babbit* (U.S.) in context of Cahill facts. | 1.2 |
| D. Hawkins | 5-Mar-2016 | Analysis of EA re: relevant and helpful facts. | 1.0 |
| D. Hawkins | 5-Mar-2016 | Analysis of RHA re: relevant and helpful facts. | 0.4 |
| D. Hawkins | 5-Mar-2016 | Review, analyze, and note relevant facts in the RMPA. | 0.9 |
| D. Hawkins | 5-Mar-2016 | Review and analysis re: Solicitor Memo dated 10.04.2002. | 0.7 |
| D. Hawkins | 5-Mar-2016 | Review and analysis re: Solicitor Memo dated 5.13.2003. | 0.6 |
| D. Hawkins | 5-Mar-2016 | Review and analysis of WRLC memo re: FLPMA and Taylor Grazing Act Analysis of the Nevada and Northeastern CA Greater Sage Grouse FEIS to assist with forming MSJ argument. | 0.8 |
| D. Hawkins | 5-Mar-2016 | TGA research and analysis. | 0.6 |
| D. Hawkins | 5-Mar-2016 | FLMPA research and analysis. | 0.8 |
| D. Hawkins | 6-Mar-2016 | Revise and augment MSJ intro incorporating comments/edits for professor. | 0.6 |
| D. Hawkins | 6-Mar-2016 | Draft Background section of MSJ w/ reference to research and notes from 3.5.16. | 1.5 |
| D. Hawkins | 6-Mar-2016 | Draft Standard of Review Section for MSJ w/ reference to the APA and *Motor Vehicles v. State Farm*. | 0.4 |
| D. Hawkins | 6-Mar-2016 | Draft Argument introductory paragraph for MSJ. | 0.2 |
| D. Hawkins | 6-Mar-2016 | Draft Taylor Grazing Act section of Argument for MSJ with refernce to research, notes, and sources relied upon on 3.15.16. | 1.8 |
| D. Hawkins | 6-Mar-2016 | Draft FLPMA section of Argument for MSJ with refernce to research, notes, and sources relied upon on 3.15.16. | 1.5 |
| D. Hawkins | 6-Mar-2016 | Draft Facts section of Argument for MJS for MSJ with refernce to research, notes, and sources relied upon on 3.15.16. | 1.4 |
| D. Hawkins | 6-Mar-2016 | Draft Conclusion section of MSJ. | 0.1 |
| D. Hawkins | 12-Mar-2016 | Review and analysis re: 1st Draft of MSJ; mark draft up for edits; review notes and research from 3.5.16, finalize 1st draft of MSJ. | 4.0 |
| D. Hawkins | 4-Mar-2016 | Review comments from professor re: Draft 1; review paper with edits and comments from professor. | 1.0 |
| D. Hawkins | 6-Apr-2016 | Meeting with professor re: MSJ Draft and Cahill Decl. | 0.5 |

EXHIBIT 1 - p. 5

| | | | |
|---|---|---|---|
| D. Hawkins | 22-Apr-2016 | Review notes on decisions for 43 USC 1701, 1732. | 0.8 |
| D. Hawkins | 23-Apr-2016 | Make initial revisions/edits to MSJ incorporating edits and feedback from professor. | 1.5 |
| D. Hawkins | 23-Apr-2016 | Review RMPA for Rahilly-Gravelly acreage fact. | 0.2 |
| D. Hawkins | 23-Apr-2016 | Review and analyze Western Watersheds Proj. v. BLM 629 F.Supp.2d 1045 to find support for argument based on 43 USC 1732(a). | 0.7 |
| D. Hawkins | 24-Apr-2016 | Review and analyze *Shasta Resources Council v. U.S. Dept. of Interior* for helpful interpretation of 43 USC 1732(a). | 0.2 |
| D. Hawkins | 24-Apr-2016 | Review and analyze *Mont. Wilderness Ass'n v. Connell*, 725 F.3d 988 re: favorable application/interpretation of 43 USC 1732(a). | 0.2 |
| | | Hours worked | 51.9 |
| | | Student rate per hour | $50 |
| | | **TOTAL COST OF STUDENT HOURS** | **$2,595.00** |

EXHIBIT 1 - p. 6