Tate Justesen, OR. Bar #083741
Scott W. Horngren, OR. Bar #880604
Western Resources Legal Center
9220 SW Barbur Blvd., Suite 119-327
Portland, OR 97219
Telephone: (503) 768-8500
Facsimile: (503) 222-3255
Email: tjustesen@wrlegal.org
Email: shorngren@wrlegal.org

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## MEDFORD DIVISION

| | |
|---|---|
| **CAHILL RANCHES, INC.,**<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>**BUREAU OF LAND MANAGEMENT**,<br><br>　　　　　Defendant, | No. 1:17-cv-960-MDC<br><br>**PROPOSED ORDER OF DISMISSAL** |

(EXHIBIT 2) PROPOSED ORDER OF DISMISSAL – Page 1

EXHIBIT 2 - p. 1

Given the amendment to the Oregon resource management plan that provides for grazing in the Rahilly-Gravelly allotment, the Plaintiff requests the dismissal of this case challenging the September 2015 land and resource management plan.  Plaintiff reserves the right to recover costs and recover attorneys' fees in this matter under the Equal Access to Justice Act, Fed. Rule Civ. Pro. 41, and United States District Court for the District of Oregon LR 41.

DATED this 18th day of June, 2019.

/s/ Tate Justesen
Tate Justesen, OR. Bar #083741
Scott W. Horngren, OR. Bar #880604
Western Resources Legal Center
9220 SW Barbur Blvd., Suite 119-327
Portland, OR 97219
Telephone: (503) 768-8500
Facsimile: (503) 222-3255
Email: tjustesen@wrlegal.org
Email: shorngren@wrlegal.org

**ORDER**

This case is hereby DISMISSED.

IT IS SO ORDERED:

_____
MARK D. CLARKE
UNITED STATES MAGISTRATE JUDGE

Dated: _____

(EXHIBIT 2) PROPOSED ORDER OF DISMISSAL – Page 2

EXHIBIT 2 - p. 2

## CERTIFICATE OF SERVICE

    I, Tate Justesen, hereby certify that I, on June 18, 2019, I caused the foregoing **PROPOSED ORDER OF DISMISSAL** to be served upon counsel of record through the Court's electronic service system.

    Dated this 18th day of June, 2019.

        /s/ Tate Justesen
        Tate Justesen