IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

CAHILL RANCHES, INC.,

       Plaintiff,

       v.

BUREAU OF LAND MANAGEMENT,

       Defendant.

_____

Case No. 1:17-cv-960-CL

ORDER

MCSHANE, Judge:

       Magistrate Judge Mark Clarke filed a Findings and Recommendation (#51), and the matter is now before this court. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72. Although neither party filed objections, I reviewed the legal principles *de novo*. *United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1998). I find no error and conclude the report is correct. Magistrate Judge Clarke's Findings and Recommendation (#51) is adopted. Plaintiff's motion for fees and costs (#46) is DENIED. The proposed order of dismissal (46-3) is allowed.

IT IS SO ORDERED.

       DATED this 25th day of September, 2019.

                                                   /s/ Michael J. McShane
                                                   Michael McShane
                                             United States District Judge