IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

CAHILL RANCHES, INC.,

        Plaintiff,

        v.

BUREAU OF LAND MANAGEMENT,

        Defendant.
_____

Case No. 1:17-cv-960-CL

JUDGMENT

MCSHANE, Judge:

    Based on the proposed order of dismissal (#46-3), this action is DISMISSED.

IT IS SO ORDERED.

    DATED this 25th day of September, 2019.

                                                _____/s/ Michael J. McShane_____
                                                      Michael McShane
                                                United States District Judge

1 – JUDGMENT